**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Mario Martinez Rodriguez  JOINT DEBTOR:                CASE NO.:
Last Four Digits of SS# 8874  Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 83.16   for months 1 to 60; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3650   TOTAL PAID $ 900  Balance Due $ 2750
                  payable $ 68.75/month (Months 1 to 40)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                          Arrearage on Petition Date $
Address:                         Arrears Payment   $         /month (Months     to     )
                                 Regular Payment   $         /month (Months     to     )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None            Total Due  $
                   Payable    $        /month (Months    to   ) Regular Payment $

Unsecured Creditors: Pay $ 6.10/month (Months 1 to 40) and Pay $ 74.85/month (Months 41 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/Robert Sanchez, Esq
Attorney for Debtor                          Joint Debtor
Date: 10-20-2016                             Date:

LF-31 (rev. 01/08/10)