RE: MARIO MARTINEZ RODRIGUEZ          **PRO SE**          Case # 16-24133-RAM

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

___ Tax returns:
✓ Bank Account Statements    3 months pre-petition
   BK STMT #8193 (9/13/16-10/20/16)

___ Check copy
___ Explain W/D
___ FMV(NADA/Carmax), Reg and Payoff:Vehicles
___ FMV and Payoff: Real Estate
___ Non homestead Information Sheet
✓ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
___ BDQ & attachments    Profit & Loss    Balance Sheet
___ Bank statements and checks    3 months

___ Photo ID(s)    LF 90    LF67    LF10
✓ Domestic Support Info: name address and phone
___ Affidavit of Support
___ Missing 2016(B)
___ Other provisions

___ Plan does not fund
___ Calculation errors/improper months
___ Valuation motion has not been filed
___ LMM/MMM motion not filed
___ Reaffirm, redeem or surrender Sch D & G creditor
___ Creditor on plan not listed in Schedules or no filed POC
___ Priority debt on Sch E not in plan
___ Object or Conform to Proof of Claim
   ___ Miami-Dade County    ___ Tax Certificate(DE#___)
   ___ Dept of Revenue    ___ IRS

___ Other:

___ Fee application (see court guideline 6)
___ Income understated ____ stubs ____ taxes
    co-debtor ____ stubs ____ taxes
___ Spouse's pay advices/spouse's wages not disclosed
___ Proof of household size (government ID w/ address) and income of all adults
___ Best effort < 36 months < 60 months
___ Expenses objectionable: Sch J ☐ Provide Proof

___ D/I > 100%  < 90%   Feasibility
___ Info on transfer  SOFA ____ undisclosed
   ___ Tolling Agreement(s)

___ **Objection to Exemption** (specifics to be filed)
    To be heard with confirmation at 1:30 pm
___ Ch 7 s/b ____ plus tax refund / valuations
___ Good faith to unsecured
___ Expenses: documentation/calculation: CMI line

___ CMI/DI ____ x 60 = ____
☐ Plus income/expenses issues ☐ Trustee est. $____
___ Undervalued collateral should be crammed down

Other: ____

Trustee reserves the right to raise additional objects until all requested documents are timely provided.

**_IMPORTANT NOTICE REGARDING CONFIRMATION:_ IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.** *\*\*The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. The debtor or debtor's attorney must appear at the confirmation hearing* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on____1-6-17____ to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027