UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    Case No. 16-24133-RAM
Mario  Martinez Rodriguez,                                   Chapter 13

_____Debtor(s)._____/

## MOTION TO WAIVE WAGE DEDUCTION ORDER

COMES NOW the Debtor, Mario  Martinez Rodriguez, by and through the undersigned counsel, and files this Motion to Waive the Wage Deduction Order and as grounds therefore states:

1. The Debtor is paid as a 1099 independent contractor for a company and does not receive wages.

2. The Debtor has been advised of the risks involved in waiving the wage deduction order but still feels that a waiver is the Debtor's best interest.

3. The Debtor is current in his payments to the Chapter 13 Trustee as of the filing of this Motion.

WHEREFORE the Debtor, Mario  Martinez Rodriguez, respectfully requests that this Honorable Court enter an order waiving the requirement that the chapter 13 plan payment be paid directly by the Debtor's employer.

I HEREBY I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted on December 1, 2016.

                                                Respectfully submitted,

                                                Robert Sanchez, Esq.
                                                355 West 49th Street
                                                Hialeah, FL 33012
                                                Tel. (305)-687-8008

                                                By:___*/s/ Robert Sanchez*_____
                                                Robert Sanchez, Esquire
                                                FBN#0442161